

ACCEPTED
15-24-00133-CV
RACHEL H. STINSON
FIFTEENTH COURT OF APPEALS
STINSON@WRIGHTCLOSEBARGER.COM
AUSTIN, TEXAS
Board Certified 1/27/2025 4:43 PM
Civil Appellate Law CHRISTOPHER A. PRINE
Texas Board of Legal Specialization CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/27/2025 4:43:48 PM

CHRISTOPHER A. PRINE
Clerk

January 27, 2025

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:  Case No. 15-24-00133-CV; *Insight Investments, LLC v. Stonebriar Commercial Finance, LLC*; in the Fifteenth Court of Appeals, Austin, Texas.

Dear Mr. Prine:

The purpose of this letter is to inform the Court that Insight Investments intends to file a reply in support of its pending Motion to Review Supersedeas Order on or before **Thursday, January 30, 2025**.

Very truly yours,

/s/ *Rachel H. Stinson*
Rachel H. Stinson

RHS

cc: All counsel (via e-filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96654736
Filing Code Description: Letter
Filing Description: 250127 Letter to Fifteenth Court of Appeals re Reply ISO Motion to Review Supersedeas Order
Status as of 1/27/2025 4:53 PM CST

Associated Case Party: Stonebriar Commercial Finance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel H.Stinson | | stinson@wrightclosebarger.com | 1/27/2025 4:43:48 PM | SENT |
| Thomas C.Wright | | wright@wrightclosebarger.com | 1/27/2025 4:43:48 PM | SENT |
| Kyle Steingreaber | | steingreaber@wrightclosebarger.com | 1/27/2025 4:43:48 PM | SENT |

Associated Case Party: Insight Investments, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LeElle Slifer | 24074549 | lslifer@winston.com | 1/27/2025 4:43:48 PM | SENT |
| Dylan French | | dfrench@winston.com | 1/27/2025 4:43:48 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Houston Docketing | | ecf_houston@winston.com | 1/27/2025 4:43:48 PM | SENT |